**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **Nitetek Licensing LLC,** | **Case No. 1:20-cv-01750-UNA** |
| Plaintiff, | **Patent Case** |
| v. | |
| **Samsara Networks Inc.,** | |
| Defendant. | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and the Defendant, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to Plaintiff's complaint is extended for 30 days up through and including February 22, 2021. This is the first request for an extension.

Respectfully Submitted,

GAWTHROP GREENWOOD, PC

/s/David W. deBruin
David W. deBruin, Esq. (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
Phone: (302) 777-5353

*Counsel for Plaintiff*
*Nitetek Licensing LLC*

**IT IS SO ORDERED** this _____ day of January, 2021.

_____
United States District Court Judge