# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,**  Plaintiff,  v.  **Samsara Networks Inc.,**  Defendant. | Case No. 1:20-cv-01750-UNA  Patent Case |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and the Defendant, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to Plaintiff's complaint is extended for 30 days, from February 22, 2021, up through and including March 24, 2021. This is the second request for an extension.

Respectfully Submitted,

GAWTHROP GREENWOOD, PC

/s/David W. deBruin
David W. deBruin, Esq. (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
Phone: (302) 777-5353

*Counsel for Plaintiff*
*Nitetek Licensing LLC*

Dated: February 19, 2021

**IT IS SO ORDERED** this _____ day of February, 2021.

_____
United States District Court Judge