# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>      Plaintiff,<br><br>    v.<br><br>**Samsara Networks Inc.,**<br><br>      Defendant. | Case No. 1:20-cv-01750-UNA<br><br>Patent Case |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and the Defendant, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to Plaintiff's complaint is extended for 30 days, from March 24, 2021, up through and including April 23, 2021.  This is the third request for an extension.

                                            Respectfully Submitted,

                                            **GAWTHROP GREENWOOD, PC**

                                            /s/David W. deBruin<br>
                                            David W. deBruin, Esq. (#4846)<br>
                                            3711 Kennett Pike, Suite 100<br>
                                            Wilmington, DE 19807<br>
                                            Phone: (302) 777-5353

                                            *Counsel for Plaintiff*<br>
                                            *Nitetek Licensing LLC*


**IT IS SO ORDERED** this _____ day of March, 2021.

                                            _____<br>
                                            United States District Court Judge