## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,** | Case No. 1:20-cv-01750-MN |
| Plaintiff, | Patent Case |
| v. | |
| **Samsara Networks Inc.,** | |
| Defendant. | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and the Defendant,

subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond

to Plaintiff's complaint is extended for 30 days, from April 23, 2021, up through and including

May 24, 2021.  This is the third request for an extension.

Respectfully Submitted,

Dated: April 21, 2021

**GAWTHROP GREENWOOD, PC**

*/s/David W. deBruin*
David W. deBruin, Esq. (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
Phone: (302) 777-5353

***Counsel for Plaintiff***
***Nitetek Licensing LLC***

**IT IS SO ORDERED** this _____ day of April, 2021.

_____
United States District Court Judge