# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Samsara Networks Inc.,**<br><br>Defendant. | Case No. 1:20-cv-01750-MN<br><br>Patent Case<br><br>Jury Trial Demanded |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Nitetek Licensing LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant Samsara Networks Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 20, 2021

Respectfully submitted,

**GAWTHROP GREENWOOD, PC**

/s/ David deBruin
David deBruin (No. 4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

**Counsel for Plaintiff**
**Nitetek Licensing LLC**

SO ORDERED this _____ day of _____, _____.


_____
UNITED STATES DISTRICT JUDGE